No. 4,493.—STATE EX REL. LAVIN C. PHILBRICK, RELA-
TRIX, *v.* DISTRICT COURT ET AL., RESPONDENTS.

Original application for writ of supervisory control directed
to the District Court of the Eighth Judicial District, and H. H.
Ewing, a Judge thereof.

Decided October 17, 1919.

PER CURIAM.—Relator's application for writ of super-
visory control herein was, after due consideration by the court,
denied.

*Messrs. Galen & Mettler,* for Relatrix.

————

No. 4,490.—STATE EX REL. CONTINENTAL OIL CO., RELA-
TOR, *v.* DISTRICT COURT, RESPONDENT.

Original application for writ of supervisory control directed
to the District Court of Silver Bow County.

Decided October 17, 1919.

PER CURIAM.—Relator's petition for writ of supervisory
control herein was this day presented to the court and, after
due consideration denied.

*Messrs. Nolan & Donovan,* for Relator.